# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

TIA LAVERNE BEACH,  **15-CV-61755-Zloch/Hunt**

    Plaintiff,

v.

CROSSING THE NARROW BRIDGE, INC.,
RESET ADDICTION INC,
CHAIM M. BLUMBERG,

    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

TO:    Defendant:    Crossing The Narrow Bridge, Inc.
        Registered Agent:  Chaim Blumberg
                                2835 Hollywood Blvd, Ste 200
                                Hollywood, FL 33020

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Elliot Kozolchyk, Esquire
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316

Phone:  (786) 924-9929
Fax:     (786) 358-6071
Email:  ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 24, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

TIA LAVERNE BEACH,  15-CV-61755-Zloch/Hunt

      Plaintiff,

v.

CROSSING THE NARROW BRIDGE, INC.,
RESET ADDICTION INC,
CHAIM M. BLUMBERG,

      Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:     Defendant:    Reset Addiction Inc
         Registered Agent:   Jamen M. Lachs
                                 2835 Hollywood Boulevard, 2nd Floor
                                 Fort Lauderdale, FL 33312-8228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Elliot Kozolchyk, Esquire
       Koz Law, P.A.
       320 S.E. 9th Street
       Fort Lauderdale, Florida 33316

Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __August 24, 2015_____



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

TIA LAVERNE BEACH,  **15-CV-61755-Zloch/Hunt**

      Plaintiff,

v.

CROSSING THE NARROW BRIDGE, INC.,
RESET ADDICTION INC,
CHAIM M. BLUMBERG,

      Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:  Defendant:  Chaim M. Blumberg
                            5305 SW 38th Ave
                            Fort Lauderdale, FL 33312-8228

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Elliot Kozolchyk, Esquire
        Koz Law, P.A.
        320 S.E. 9th Street
        Fort Lauderdale, Florida 33316

        Phone:  (786) 924-9929
        Fax:    (786) 358-6071
        Email:  ekoz@kozlawfirm.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **August 24, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts